UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DIANNA BISHOP ALBRIGHT and
RICHARD ALBRIGHT,

Plaintiffs

v. C.A. No. 05 326 T

JERARD KERRINS,

Defendant

**COMPLAINT**

**COUNT I**

*Parties*

1. Plaintiff Dianna Bishop Albright ("Dianna Albright") is a resident of Houlton, Maine.

2. Plaintiff Richard Albright ("Richard Albright") is a resident of Houlton, Maine, and is the husband of Dianna Albright.

3. Defendant Jerard Kerrins ("defendant") is a resident of Seekonk, Massachusetts.

*Jurisdiction/Venue*

4. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1332(a), in that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and the plaintiffs and defendant are citizens of different states.

5. Venue is proper in this jurisdiction pursuant to 28 U.S.C. §1391(a)(2), inasmuch as the apartment complex at which Dianna Albright fell, which is the subject matter of this Complaint, is located in Pawtucket, Rhode Island.

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
0 EXCHANGE TERRACE
OVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

*Factual Allegations*

6. On or about August 14, 2002, Dianna Albright fell on a stairway leading to an apartment building at which her son resided, located at 193 Meadow Street in Pawtucket, Rhode Island ("the Property") .

7. At the time Dianna Albright fell, the Property was owned and operated as a rental property by the defendant.

8. Dianna Albright's fall was caused by the unsafe and hazardous condition of the stairway as maintained by the defendant and not by any negligence on plaintiffs' part.

9. The unsafe and hazardous condition of the stairway causing Dianna Albright's fall had existed for a sufficient length of time so that defendant knew or should have known of such condition.

10. Although the defendant knew or should have known of the unsafe and hazardous condition of the stairway, he failed to remedy such condition or to adequately warn plaintiffs of such condition.

11. As a direct and proximate result thereof, Dianna Albright sustained serious and permanent bodily and emotional injuries, which have caused her to incur hospital and medical expenses, lost wages, pain and suffering, and other damages, all of which are continuing and will continue into the future.

**COUNT II**

12. Plaintiffs reallege and incorporate by reference the allegations in paragraphs 1 through 11 as fully set forth herein.

13. As a direct and proximate result of the negligence of the defendant and the resulting injuries to Dianna Albright as aforesaid, Richard Albright has been deprived of the services, support, companionship, society, affection, and consortium of his wife, and has thereby been damaged and will continue to be damaged in the future.

WHEREFORE, plaintiffs Dianna Albright and Richard Albright demand judgment against the defendant in amounts sufficient to compensate them fully for all losses and damages, plus statutory interest, costs, attorneys' fees, and such other and further relief as this Court deems meet and just.

PLAINTIFFS HEREBY DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

Plaintiffs

**DIANNA BISHOP ALBRIGHT and RICHARD ALBRIGHT,**

By their attorneys,

K A. P

Mary C. Dunn

Karen A. Pelczarski, Esq. #3357
Mary Cavanagh Dunn #6712
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, Rhode Island 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

Dated: July 27, 2005