# United States District Court

DISTRICT OF
RHODE ISLAND

DIANNA BISHOP ALBRIGHT and
RICHARD ALBRIGHT

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: [redacted] 05 326T

JERARD KERRINS

TO: (Name and Address of Defendant)

JERARD KERRINS
[redacted]

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Karen A. Pelczarski, Esq. #3357
Mary Cavanagh-Dunn, Esq. #6712
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 7/27/05

BY DEPUTY CLERK [signature]

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE July 30, 2005 |
|---|---|
| NAME OF SERVER (PRINT) George TAGER | TITLE Constable 6043 serving as disinterested party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Daughter - Megan

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45 | 45 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 30, 2005
*Date*

George Tager
*Signature of Server*

Pawt, R.I.
*Address of Server*

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2005 AUG -3 P 12:47
FILED

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.