UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DIANNA BISHOP ALBRIGHT and
RICHARD ALBRIGHT

VS. C.A. NO.: 05-326T

JERARD KERRINS

**ENTRY OF APPEARANCE**

We, John G. Hines, Esquire and Robert P. Corrigan, Esquire, hereby enter our appearance on behalf of the defendant, Jerard Kerrins, in the above-entitled matter.

Defendant,
By his Attorneys,

John G. Hines, Esquire (0576)

Robert P. Corrigan, Esquire (4233)
HINES & PATZ, INC.
One James P. Murphy Highway
West Warwick, RI 02893
401-821-6266
401-821-6446

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the within **Entry of Appearance** to Karen A. Pelczarski, Esquire and Mary Cavanagh-Dunn, Esquire, Blish & Cavanagh, LLP, 30 Exchange Terrace, Providence, RI 02903 on this 22 day of Aug., 2005.