UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DIANNA BISHOP ALBRIGHT and
RICHARD ALBRIGHT

VS. C.A. NO.: 05-326T

JERARD KERRINS

**ANSWER OF DEFENDANT**

Now comes the Defendant, Jerard Kerrins, and hereby files this, his answer to the Plaintiffs' complaint in the following form and fashion:

**Answer as to Count I**

***Parties***

1. As to the allegations contained in paragraphs 1 and 2 of Count I of the plaintiffs' complaint, defendant neither admits nor denies the same but leaves the plaintiffs to their proof thereof.
2. As to the allegations contained in paragraph 3 of Count I of the plaintiffs' complaint, defendant admits the same.

***Jurisdiction***

3. As to the allegations contained in paragraph 4 of Count I of the plaintiffs' complaint, defendant admits that the plaintiffs and defendant are citizens of different states, defendant denies the remaining allegations in the paragraph.
4. As to the allegations contained in paragraph 5 of Count I of the plaintiffs' complaint, defendant admits the same.

***Factual Allegations***

5. As to the allegations contained in paragraphs 6, 7, 8, 9, 10, and 11 of Count I of the plaintiffs' complaint, defendant denies the same.
6. Defendant denies each and every allegation of each and every paragraph of Count I of the plaintiffs' complaint unless otherwise expressly admitted herein.

7. Defendant denies that the plaintiffs are entitled to judgment against him for any reason or for any cause.

Wherefore, Defendant, Jerard Kerrins', prays that the plaintiffs' complaint be dismissed with prejudice, that judgment be entered in his favor and that he be awarded his costs.

Defendant,
By his Attorneys,

John G. Hines, Esquire (0576)

Robert P. Corrigan, Esquire (4233)
HINES & PATZ, INC.
One James P. Murphy Highway
West Warwick, RI 02893
401-821-6266
401-821-6446 (fax)

**Answer as to Count II**

8. As to the allegations contained in paragraph 12 of Count II of the plaintiff's complaint, Defendant reasserts and realleges all responses contained in paragraphs 1 through 11 of Count I of the plaintiffs' complaint as if set forth at full herein.

9. As to the allegations contained in paragraph 13 of Count II of the plaintiffs' complaint, defendant denies the same.

10. Defendant denies each and every allegation of each and every paragraph of Count II of the plaintiffs' complaint unless otherwise expressly admitted herein.

11. Defendant denies that the plaintiffs are entitled to judgment against him for any reason or for any cause.

Wherefore, Defendant, Jerard Kerrins', prays that the plaintiffs' complaint be dismissed with prejudice, that judgment be entered in his favor and that he be awarded his costs.

Defendant,
By his Attorneys,

______________________________
John G. Hines, Esquire (0576)

______________________________
Robert P. Corrigan, Esquire (4233)
HINES & PATZ, INC.
One James P. Murphy Highway
West Warwick, RI 02893
401-821-6266
401-821-6446 (fax)

**Defendant demands a trial by jury and designates Robert P. Corrigan, Esq. as trial counsel.**

FIRST AFFIRMATIVE DEFENSE

Without waiving any other defenses herein asserted, defendant asserts that plaintiffs were comparatively negligent and/or contributorily negligent.

SECOND AFFIRMATIVE DEFENSE

Without waiving any other defenses herein asserted, defendant asserts that plaintiffs' Complaint is barred by operation of the doctrine of assumption of the risk.

THIRD AFFIRMATIVE DEFENSE

Defendant asserts that the plaintiff's injuries, if any, were due to the negligence of third persons over whom this defendant had no control.

Wherefore, Defendant, Jerard Kerrins', prays that the plaintiffs' complaint be dismissed with prejudice, that judgment be entered in his favor and that he be awarded his costs.

Defendant,
By his Attorneys,

______________________________
John G. Hines, Esquire (0576)

______________________________
Robert P. Corrigan, Esquire (4233)
HINES & PATZ, INC.
One James P. Murphy Highway
West Warwick, RI 02893
401-821-6266
401-821-6446 (fax)

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of the within **Answer** to Karen A. Pelczarski, Esquire and Mary Cavanagh-Dunn, Esquire, Blish & Cavanagh, LLP, 30 Exchange Terrace, Providence, RI 02903 on this 22 day of Aug., 2005.

R. Cr
______________________