UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DIANNA BISHOP ALBRIGHT and
RICHARD ALBRIGHT

VS. C.A. NO.: 05-326T

JERARD KERRINS

**LATE ENTRY STIPULATION**

It is hereby agreed by and between the parties that the Defendant, Jerard Kerrins, may have up to, and including, August 31, 2005, within which to timely file his answer to the plaintiffs' complaint.

Defendant,
By his Attorneys,

R. Cr

Robert P. Corrigan, Esquire (4233)
HINES & PATZ, INC.
One James P. Murphy Highway
West Warwick, RI 02893
401-821-6266
401-821-6446

RECEIVED
SEP 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Plaintiffs,
By their Attorneys,

R. A. L

Karen A. Pelczarski, Esquire
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
401-831-8900

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 9/19/05