UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DIANNA BISHOP ALBRIGHT and
RICHARD ALBRIGHT

VS. C.A. NO.: 05-326T

JERARD KERRINS

**DISMISSAL STIPULATION**

By agreement of the parties, the above-referenced matter may be dismissed with prejudice. No interest, no costs.

Plaintiffs,
By their Attorneys,

/s/ Karen A. Pelczarksi
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
401-831-8900

Defendant,
By his Attorneys,

/s/ Robert P. Corrigan, (4233)
Hines & Patz, Inc.
One James P. Murphy Highway
West Warwick, RI 02893
401-821-6266
401-821-6446
rpcorrigan@conversent.net